IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DANIEL MYERS, et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10CV338 |
| v. ) | |
| ) | |
| FINANCIAL MANAGEMENT SOLUTIONS, ) | |
| LLC t/a FMS FINANCIAL SOLUTIONS ) | |
| ) | |
| ) | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to FRCP41, the parties, through counsel, stipulate and request the Court to dismiss, with prejudice, Plaintiff's Complaint against defendant as settled.

The endorsement of counsel for all parties who have appeared in this action are affixed hereto.

ENTERED this _1st_ day of ___December___, 2010.

/s/ *RE P*
**JUDGE**
Robert E. Payne

PRESENTED BY:

_____
Thomas R. Breeden, Esquire, VSB # 33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277, facsimile (703) 257-2259
*Counsel for Plaintiffs*
Bromberg Law Office, P.C.

Bromberg Law Office, P.C.
Brian L. Bromberg, Esquire
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7904


**SEEN AND AGREED**


*/s/ Michael C. Gartner*
Michael C. Gartner, Esquire (VSB # 41463)
Whiteford, Taylor & Preston, LLp
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042
(703) 280-9267 (voice)
(703) 280-9139 (facsimile)
Mgartner@wtplaw.com
Counsel for Defendant